E. F. HODGSON CO., INC. *vs.* VINCENT F. LISANTI (and a companion case). June 8, 1959. Exceptions overruled. These are exceptions to the denial of motions for new trials made by the owner in an action brought against him by a

building contractor and in his cross action against the contractor. The actions were consolidated for trial and after being heard by an auditor were tried before a jury. There was an exception saved by the owner during the trial to the denial of his motion to amend his declaration by adding a count alleging intentional breach of contract — a matter of discretion, *Rich* v. *Finley*, 325 Mass. 99, 108, and not preserved by incorporating it in a bill of exceptions. *Haines Corp.* v. *Winthrop Square Cafe, Inc.* 335 Mass. 152, 154. The owner contends that the verdicts were inconsistent, and that the one awarded to the contractor contained mathematical errors. The time for raising either point as a matter of right was when the verdicts were returned and before they were recorded. There was no error in the denial of the motions for new trials. *Low Supply Co.* v. *Pappacostopoulous*, 283 Mass. 633, 635. *Leonard* v. *Woodward*, 305 Mass. 332, 338. *Phillips* v. *Larson*, 323 Mass. 87, 91. *Chaplain* v. *Dugas*, 323 Mass. 91, 95.

*J. Fleet Cowden*, for Lisanti.

*Charles L. Donahue*, for E. F. Hodgson Co., Inc.